UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABELBOX, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>KSHITIJ GUJARATI, et al.,<br>　　　　　Defendants. | Case No. 25-cv-10159-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO CONTINUE THE PRELIMINARY INJUNCTION SCHEDULE**<br><br>Re: Dkt. Nos. 61, 62 |

Pending before the Court are discovery dispute joint letters regarding Plaintiff's request to continue the preliminary injunction schedule for nearly a month. (Dkt. Nos. 61, 62.) Specifically, Plaintiff seeks to extend the due date on its motion for a preliminary injunction for 27 days. Upon review of the submissions, including Defendant V7's evidentiary submissions, Plaintiff's motion is DENIED in large part. The preliminary injunction briefing schedule shall be as follows:

- Plaintiff's Motion:　　　　　February 5, 2026
- Defendants' Oppositions:　　February 19, 2026
- Plaintiff's Reply:　　　　　February 26, 2026

For now, the Court will maintain the March 5, 2026 hearing date. In addition, Plaintiff's requested depositions shall be taken before Defendants' requested depositions with a deadline of February 2, 2026, and the deadlines for Defendants' requested depositions shall be extended to February 9, 2026.

This Order disposes of Docket Nos. 61 and 62.

\\

\\

\\

**IT IS SO ORDERED.**

Dated: January 13, 2026

_____
JACQUELINE SCOTT CORLEY
United States District Judge